FORM 8A. Entry of Appearance

Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 21-2008, 21-2011, 21-2009, 21-2015, 21-2018, 21-2010, 21-2020, 21-2016, 21-2019, 21-2012, 21-2017, 21-2014

**Short Case Caption:** Avalos v. United States

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court.  Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account.  Non-admitted government counsel should enter N/A in lieu of an admission date.  Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

See Attached

| | |
|---|---|
| **Principal Counsel:** Matthew Madzelan | Admission Date: 12/28/2022 |
| Firm/Agency/Org.: Bell Law Group, PLLC | |
| Address: 116 Jackson Avenue, Syosset, New York 11791 | |
| Phone: 516-280-3008 | Email: matthew.m@belllg.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 1/19/23

Signature: /s/ Matthew Madzelan

Name: Matthew Madzelan

### I.P. v. US - Represented Parties

Represented Parties Filed Under Seal

| IP-FAM-Number | Initials |
|---|---|
| 1. IP-FAM-0001 | J.A. |
| 2. IP-FAM-0002 | T.A. |
| 3. IP-FAM-0003 | J.A. |
| 4. IP-FAM-0004 | K.A. |
| 5. IP-FAM-0005 | K.A. |
| 6. IP-FAM-0006 | K.A. |
| 7. IP-FAM-0007 | E.A. |
| 8. IP-FAM-0008 | A.A. |
| 9. IP-FAM-0009 | C.A. |
| 10. IP-FAM-0010 | T.A. |
| 11. IP-FAM-0011 | W.A. |
| 12. IP-FAM-0012 | J.A. |
| 13. IP-FAM-0013 | W.B. |
| 14. IP-FAM-0014 | T.B. |
| 15. IP-FAM-0015 | M.B. |
| 16. IP-FAM-0016 | R.B. |
| 17. IP-FAM-0017 | P.B. |
| 18. IP-FAM-0018 | J.B. |
| 19. IP-FAM-0019 | F.B. |
| 20. IP-FAM-0020 | M.B. |
| 21. IP-FAM-0021 | A.B. |
| 22. IP-FAM-0022 | D.B. |
| 23. IP-FAM-0023 | B.B. |
| 24. IP-FAM-0024 | J.B. |
| 25. IP-FAM-0025 | D.B. |

| | |
|---|---|
| 26. IP-FAM-0026 | A.B. |
| 27. IP-FAM-0027 | K.B. |
| 28. IP-FAM-0028 | C.B. |
| 29. IP-FAM-0029 | W.B. |
| 30. IP-FAM-0030 | M.B. |
| 31. IP-FAM-0031 | M.B. |
| 32. IP-FAM-0032 | M.B. |
| 33. IP-FAM-0033 | J.B. |
| 34. IP-FAM-0034 | C.B. |
| 35. IP-FAM-0035 | C.B. |
| 36. IP-FAM-0036 | G.B. |
| 37. IP-FAM-0037 | E.B. |
| 38. IP-FAM-0038 | L.B. |
| 39. IP-FAM-0039 | B.B. |
| 40. IP-FAM-0040 | H.B. |
| 41. IP-FAM-0041 | R.B. |
| 42. IP-FAM-0042 | A.B. |
| 43. IP-FAM-0043 | W.C. |
| 44. IP-FAM-0044 | C.C. |
| 45. IP-FAM-0045 | V.C. |
| 46. IP-FAM-0046 | P.C. |
| 47. IP-FAM-0047 | M.C. |
| 48. IP-FAM-0048 | C.C. |
| 49. IP-FAM-0049 | P.C. |
| 50. IP-FAM-0050 | S.C. |
| 51. IP-FAM-0051 | N.C. |
| 52. IP-FAM-0052 | M.C. |
| 53. IP-FAM-0053 | K.C. |
| 54. IP-FAM-0054 | S.C. |

| | |
|---|---|
| 55. IP-FAM-0055 | J.C. |
| 56. IP-FAM-0056 | S.C. |
| 57. IP-FAM-0057 | J.C. |
| 58. IP-FAM-0058 | R.C. |
| 59. IP-FAM-0059 | T.C. |
| 60. IP-FAM-0060 | K.C. |
| 61. IP-FAM-0061 | K.C. |
| 62. IP-FAM-0062 | R.C. |
| 63. IP-FAM-0063 | M.C. |
| 64. IP-FAM-0064 | P.C. |
| 65. IP-FAM-0065 | K.C. |
| **66. IP-FAM-0066[1]** | **A.C.** |
| 67. IP-FAM-0067 | G.C. |
| 68. IP-FAM-0068 | M.C. |
| 69. IP-FAM-0069 | R.C. |
| 70. IP-FAM-0070 | D.C. |
| 71. IP-FAM-0071 | W.C. |
| 72. IP-FAM-0072 | L.C. |
| 73. IP-FAM-0073 | T.C. |
| 74. IP-FAM-0074 | S.C. |
| 75. IP-FAM-0075 | S.C. |
| 76. IP-FAM-0076 | G.C. |
| 77. IP-FAM-0077 | K.C. |
| 78. IP-FAM-0078 | M.C. |
| 79. IP-FAM-0079 | J.C. |
| 80. IP-FAM-0080 | Z.C. |
| 81. IP-FAM-0081 | S.C. |

[1] Named Plaintiffs are in bold.

| | |
|---|---|
| 82. IP-FAM-0082 | M.C. |
| 83. IP-FAM-0083 | C.C. |
| 84. IP-FAM-0084 | M.C. |
| 85. IP-FAM-0085 | M.C. |
| **86. IP-FAM-0086** | **R.C.** |
| 87. IP-FAM-0087 | P.C. |
| 88. IP-FAM-0088 | K.C. |
| 89. IP-FAM-0089 | M.C. |
| 90. IP-FAM-0090 | S.D. |
| 91. IP-FAM-0091 | B.D. |
| 92. IP-FAM-0092 | M.D. |
| 93. IP-FAM-0093 | H.D. |
| 94. IP-FAM-0094 | M.D. |
| 95. IP-FAM-0095 | W.D. |
| 96. IP-FAM-0096 | G.D. |
| 97. IP-FAM-0097 | J.D. |
| 98. IP-FAM-0098 | G.D. |
| 99. IP-FAM-0099 | S.D. |
| 100.        IP-FAM-0100 | F.D. |
| 101.        IP-FAM-0101 | M.D. |
| 102.        IP-FAM-0102 | M.E. |
| 103.        IP-FAM-0103 | M.E. |
| 104.        IP-FAM-0104 | K.E. |
| 105.        IP-FAM-0105 | S.E. |
| 106.        IP-FAM-0106 | W.F. |
| 107.        IP-FAM-0107 | J.F. |
| 108.        IP-FAM-0108 | T.F. |
| 109.        IP-FAM-0109 | T.F. |
| 110.        IP-FAM-0110 | J.F. |

| 111. | IP-FAM-0111 | J.F. |
|------|-------------|------|
| 112. | IP-FAM-0112 | W.F. |
| 113. | IP-FAM-0113 | Y.F. |
| 114. | IP-FAM-0114 | S.F. |
| 115. | IP-FAM-0115 | J.F. |
| 116. | IP-FAM-0116 | S.F. |
| 117. | IP-FAM-0117 | M.F. |
| 118. | IP-FAM-0118 | J.G. |
| 119. | IP-FAM-0119 | G.G. |
| 120. | IP-FAM-0120 | C.G. |
| 121. | IP-FAM-0121 | J.G. |
| 122. | IP-FAM-0122 | S.G. |
| 123. | IP-FAM-0123 | B.G. |
| 124. | IP-FAM-0124 | R.G. |
| 125. | IP-FAM-0125 | M.G. |
| 126. | IP-FAM-0126 | P.G. |
| 127. | IP-FAM-0127 | D.G. |
| 128. | IP-FAM-0128 | G.G. |
| 129. | IP-FAM-0129 | D.G. |
| 130. | IP-FAM-0130 | B.G. |
| 131. | IP-FAM-0131 | A.G. |
| 132. | IP-FAM-0132 | M.G. |
| 133. | IP-FAM-0133 | L.G. |
| 134. | IP-FAM-0134 | D.G. |
| 135. | IP-FAM-0135 | J.G. |
| 136. | IP-FAM-0136 | S.G. |
| **137.** | **IP-FAM-0137** | **B.G.** |
| 138. | IP-FAM-0138 | M.G. |
| 139. | IP-FAM-0139 | B.H. |

| 140. | IP-FAM-0140 | N.H. |
|---|---|---|
| 141. | IP-FAM-0141 | H.H. |
| 142. | IP-FAM-0142 | C.H. |
| 143. | IP-FAM-0143 | T.H. |
| 144. | IP-FAM-0144 | K.H. |
| 145. | IP-FAM-0145 | J.H. |
| 146. | IP-FAM-0146 | J.H. |
| 147. | IP-FAM-0147 | S.H. |
| 148. | IP-FAM-0148 | J.H. |
| 149. | IP-FAM-0149 | C.H. |
| 150. | IP-FAM-0150 | J.H. |
| 151. | IP-FAM-0151 | C.H. |
| 152. | IP-FAM-0152 | K.H. |
| 153. | IP-FAM-0153 | P.H. |
| 154. | IP-FAM-0154 | R.H. |
| 155. | IP-FAM-0155 | M.H. |
| 156. | IP-FAM-0156 | J.H. |
| **157.** | **IP-FAM-0157** | **R.H.** |
| 158. | IP-FAM-0158 | C.H. |
| 159. | IP-FAM-0159 | H.H. |
| 160. | IP-FAM-0160 | A.I. |
| 161. | IP-FAM-0161 | M.J. |
| 162. | IP-FAM-0162 | R.J. |
| 163. | IP-FAM-0163 | T.J. |
| 164. | IP-FAM-0164 | M.J. |
| 165. | IP-FAM-0165 | C.J. |
| 166. | IP-FAM-0166 | C.J. |
| 167. | IP-FAM-0167 | K.J. |
| 168. | IP-FAM-0168 | M.J. |

| 169. | IP-FAM-0169 | N.J. |
|------|-------------|------|
| 170. | IP-FAM-0170 | N.J. |
| 171. | IP-FAM-0171 | R.J. |
| 172. | IP-FAM-0172 | J.J. |
| 173. | IP-FAM-0173 | J.J. |
| 174. | IP-FAM-0174 | M.J. |
| 175. | IP-FAM-0175 | R.J. |
| 176. | IP-FAM-0176 | J.J. |
| 177. | IP-FAM-0177 | M.K. |
| 178. | IP-FAM-0178 | R.K. |
| 179. | IP-FAM-0179 | W.K. |
| 180. | IP-FAM-0180 | D.K. |
| 181. | IP-FAM-0181 | B.K. |
| 182. | IP-FAM-0182 | J.K. |
| 183. | IP-FAM-0183 | G.K. |
| 184. | IP-FAM-0184 | J.K. |
| 185. | IP-FAM-0185 | C.K. |
| 186. | IP-FAM-0186 | P.K. |
| 187. | IP-FAM-0187 | J.K. |
| 188. | IP-FAM-0188 | N.K. |
| 189. | IP-FAM-0189 | J.K. |
| 190. | IP-FAM-0190 | D.L. |
| 191. | IP-FAM-0191 | C.L. |
| 192. | IP-FAM-0192 | L.L. |
| 193. | IP-FAM-0193 | A.L. |
| 194. | IP-FAM-0194 | M.L. |
| 195. | IP-FAM-0195 | J.L. |
| 196. | IP-FAM-0196 | S.L. |
| 197. | IP-FAM-0197 | R.L. |

| 198. | IP-FAM-0198 | D.L. |
|------|-------------|------|
| 199. | IP-FAM-0199 | N.L. |
| 200. | IP-FAM-0200 | E.L. |
| 201. | IP-FAM-0201 | J.L. |
| 202. | IP-FAM-0202 | D.L. |
| 203. | IP-FAM-0203 | D.L. |
| 204. | IP-FAM-0204 | J.L. |
| 205. | IP-FAM-0205 | T.L. |
| 206. | IP-FAM-0206 | D.L. |
| 207. | IP-FAM-0207 | R.L. |
| 208. | IP-FAM-0208 | A.L. |
| 209. | IP-FAM-0209 | L.L. |
| 210. | IP-FAM-0210 | K.L. |
| 211. | IP-FAM-0211 | J.L. |
| 212. | IP-FAM-0212 | B.L. |
| 213. | IP-FAM-0213 | J.L. |
| 214. | IP-FAM-0214 | K.M. |
| 215. | IP-FAM-0215 | F.M. |
| 216. | IP-FAM-0216 | A.M. |
| 217. | IP-FAM-0217 | C.M. |
| 218. | IP-FAM-0218 | J.M. |
| 219. | IP-FAM-0219 | Y.M. |
| 220. | IP-FAM-0220 | J.M. |
| 221. | IP-FAM-0221 | D.M. |
| 222. | IP-FAM-0222 | M.M. |
| 223. | IP-FAM-0223 | C.M. |
| 224. | IP-FAM-0224 | S.M. |
| 225. | IP-FAM-0225 | M.M. |
| 226. | IP-FAM-0226 | E.M. |

| 227. | IP-FAM-0227 | A.M. |
|------|-------------|------|
| 228. | IP-FAM-0228 | J.M. |
| 229. | IP-FAM-0229 | B.M. |
| 230. | IP-FAM-0230 | M.M. |
| 231. | IP-FAM-0231 | T.M. |
| 232. | IP-FAM-0232 | K.M. |
| 233. | IP-FAM-0233 | B.M. |
| 234. | IP-FAM-0234 | B.M. |
| 235. | IP-FAM-0235 | D.M. |
| 236. | IP-FAM-0236 | J.M. |
| 237. | IP-FAM-0237 | G.M. |
| 238. | IP-FAM-0238 | R.M. |
| 239. | IP-FAM-0239 | T.M. |
| 240. | IP-FAM-0240 | B.M. |
| 241. | IP-FAM-0241 | A.M. |
| 242. | IP-FAM-0242 | W.M. |
| 243. | IP-FAM-0243 | M.M. |
| 244. | IP-FAM-0244 | A.M. |
| 245. | IP-FAM-0245 | K.M. |
| 246. | IP-FAM-0246 | M.M. |
| 247. | IP-FAM-0247 | Q.N. |
| 248. | IP-FAM-0248 | J.N. |
| 249. | IP-FAM-0249 | B.N. |
| 250. | IP-FAM-0250 | D.O. |
| 251. | IP-FAM-0251 | C.O. |
| 252. | IP-FAM-0252 | N.O. |
| 253. | IP-FAM-0253 | W.O. |
| 254. | IP-FAM-0254 | J.P. |
| 255. | IP-FAM-0255 | K.P. |

| 256. | IP-FAM-0256 | H.P. |
|------|-------------|------|
| 257. | IP-FAM-0257 | M.P. |
| 258. | IP-FAM-0258 | R.P. |
| 259. | IP-FAM-0259 | B.P. |
| 260. | IP-FAM-0260 | G.P. |
| 261. | IP-FAM-0261 | G.P. |
| 262. | IP-FAM-0262 | M.P. |
| 263. | IP-FAM-0263 | K.P. |
| 264. | IP-FAM-0264 | J.P. |
| 265. | IP-FAM-0265 | R.P. |
| 266. | IP-FAM-0266 | S.P. |
| 267. | IP-FAM-0267 | D.P. |
| 268. | IP-FAM-0268 | T.P. |
| 269. | IP-FAM-0269 | L.P. |
| 270. | IP-FAM-0270 | W.P. |
| 271. | IP-FAM-0271 | E.P. |
| 272. | IP-FAM-0272 | R.P. |
| 273. | IP-FAM-0273 | J.P. |
| 274. | IP-FAM-0274 | M.P. |
| 275. | IP-FAM-0275 | M.Q. |
| 276. | IP-FAM-0276 | C.R. |
| 277. | IP-FAM-0277 | C.R. |
| 278. | IP-FAM-0278 | L.R. |
| 279. | IP-FAM-0279 | P.R. |
| 280. | IP-FAM-0280 | K.R. |
| 281. | IP-FAM-0281 | B.R. |
| 282. | IP-FAM-0282 | R.R. |
| 283. | IP-FAM-0283 | D.R. |
| 284. | IP-FAM-0284 | K.R. |

| | | |
|---|---|---|
| 285. | IP-FAM-0285 | S.R. |
| 286. | IP-FAM-0286 | W.R. |
| 287. | IP-FAM-0287 | E.R. |
| 288. | IP-FAM-0288 | N.R. |
| 289. | IP-FAM-0289 | S.R. |
| 290. | IP-FAM-0290 | S.R. |
| 291. | IP-FAM-0291 | B.R. |
| 292. | IP-FAM-0292 | A.R. |
| 293. | IP-FAM-0293 | K.R. |
| **294.** | **IP-FAM-0294** | **M.R.** |
| 295. | IP-FAM-0295 | D.R. |
| 296. | IP-FAM-0296 | J.R. |
| 297. | IP-FAM-0297 | R.R. |
| 298. | IP-FAM-0298 | M.S. |
| 299. | IP-FAM-0299 | A.S. |
| 300. | IP-FAM-0300 | A.S. |
| 301. | IP-FAM-0301 | T.S. |
| 302. | IP-FAM-0302 | I.S. |
| 303. | IP-FAM-0303 | J.S. |
| 304. | IP-FAM-0304 | J.S. |
| 305. | IP-FAM-0305 | L.S. |
| 306. | IP-FAM-0306 | S.S. |
| 307. | IP-FAM-0307 | H.S. |
| 308. | IP-FAM-0308 | J.S. |
| 309. | IP-FAM-0309 | D.S. |
| 310. | IP-FAM-0310 | G.S. |
| 311. | IP-FAM-0311 | T.S. |
| 312. | IP-FAM-0312 | R.S. |
| 313. | IP-FAM-0313 | D.S. |

| 314. | IP-FAM-0314 | S.S. |
|------|-------------|------|
| 315. | IP-FAM-0315 | N.S. |
| 316. | IP-FAM-0316 | B.S. |
| 317. | IP-FAM-0317 | B.S. |
| 318. | IP-FAM-0318 | M.S. |
| 319. | IP-FAM-0319 | J.S. |
| 320. | IP-FAM-0320 | R.S. |
| 321. | IP-FAM-0321 | M.S. |
| 322. | IP-FAM-0322 | C.S. |
| 323. | IP-FAM-0323 | T.S. |
| 324. | IP-FAM-0324 | J.S. |
| 325. | IP-FAM-0325 | J.S. |
| 326. | IP-FAM-0326 | K.S. |
| 327. | IP-FAM-0327 | R.S. |
| 328. | IP-FAM-0328 | T.S. |
| 329. | IP-FAM-0329 | W.S. |
| 330. | IP-FAM-0330 | F.S. |
| 331. | IP-FAM-0331 | T.S. |
| 332. | IP-FAM-0332 | D.S. |
| 333. | IP-FAM-0333 | N.S. |
| 334. | IP-FAM-0334 | K.S. |
| 335. | IP-FAM-0335 | B.S. |
| 336. | IP-FAM-0336 | S.S. |
| 337. | IP-FAM-0337 | J.S. |
| 338. | IP-FAM-0338 | J.S. |
| 339. | IP-FAM-0339 | D.S. |
| 340. | IP-FAM-0340 | J.T. |
| 341. | IP-FAM-0341 | J.T. |
| 342. | IP-FAM-0342 | T.T. |

| 343. | IP-FAM-0343 | F.T. |
|------|-------------|------|
| 344. | IP-FAM-0344 | J.T. |
| 345. | IP-FAM-0345 | K.T. |
| 346. | IP-FAM-0346 | C.T. |
| 347. | IP-FAM-0347 | E.T. |
| 348. | IP-FAM-0348 | P.T. |
| 349. | IP-FAM-0349 | C.T. |
| 350. | IP-FAM-0350 | D.T. |
| 351. | IP-FAM-0351 | A.T. |
| 352. | IP-FAM-0352 | R.T. |
| 353. | IP-FAM-0353 | S.T. |
| 354. | IP-FAM-0354 | J.V. |
| 355. | IP-FAM-0355 | G.V. |
| 356. | IP-FAM-0356 | N.V. |
| 357. | IP-FAM-0357 | M.V. |
| 358. | IP-FAM-0358 | L.V. |
| **359.** | **IP-FAM-0359** | **P.V.** |
| 360. | IP-FAM-0360 | P.V. |
| 361. | IP-FAM-0361 | E.V. |
| 362. | IP-FAM-0362 | A.W. |
| **363.** | **IP-FAM-0363** | **D.W.** |
| **364.** | **IP-FAM-0364** | **S.W.** |
| 365. | IP-FAM-0365 | C.W. |
| 366. | IP-FAM-0366 | R.W. |
| 367. | IP-FAM-0367 | B.W. |
| 368. | IP-FAM-0368 | J.W. |
| 369. | IP-FAM-0369 | J.W. |
| 370. | IP-FAM-0370 | J.W. |
| 371. | IP-FAM-0371 | E.W. |

| | | |
|---|---|---|
| 372. | IP-FAM-0372 | C.W. |
| 373. | IP-FAM-0373 | M.W. |
| 374. | IP-FAM-0374 | E.W. |
| 375. | IP-FAM-0375 | E.W. |
| 376. | IP-FAM-0376 | K.W. |
| **377.** | **IP-FAM-0377** | **K.W.** |
| 378. | IP-FAM-0378 | L.W. |
| 379. | IP-FAM-0379 | C.W. |
| 380. | IP-FAM-0380 | J.W. |
| 381. | IP-FAM-0381 | L.W. |
| 382. | IP-FAM-0382 | R.W. |
| 383. | IP-FAM-0383 | J.W. |
| 384. | IP-FAM-0384 | J.Y. |
| 385. | IP-FAM-0385 | A.Y. |
| 386. | IP-FAM-0386 | W.Y. |
| 387. | IP-FAM-0387 | T.Y. |
| 388. | IP-FAM-0388 | D.Z. |
| 389. | IP-FAM-0389 | N.Z. |
| 390. | IP-PFAM-0001 | P.B. |
| 391. | IP-PFAM-0002 | B.C. |
| 392. | IP-PFAM-0003 | K.C. |
| 393. | IP-PFAM-0004 | W.C. |
| 394. | IP-PFAM-0005 | B.D. |
| 395. | IP-PFAM-0006 | T.D. |
| 396. | IP-PFAM-0007 | L.D. |
| 397. | IP-PFAM-0008 | E.D. |
| 398. | IP-PFAM-0009 | J.E. |
| 399. | IP-PFAM-0010 | A.E. |
| 400. | IP-PFAM-0011 | K.F. |

| | | |
|---|---|---|
| 401. | IP-PFAM-0012 | D.F. |
| 402. | IP-PFAM-0013 | R.F. |
| 403. | IP-PFAM-0014 | D.F. |
| 404. | IP-PFAM-0015 | B.G. |
| 405. | IP-PFAM-0016 | L.G. |
| 406. | IP-PFAM-0017 | C.H. |
| 407. | IP-PFAM-0018 | R.H. |
| 408. | IP-PFAM-0019 | H.H. |
| 409. | IP-PFAM-0020 | J.I. |
| 410. | IP-PFAM-0021 | J.J. |
| 411. | IP-PFAM-0022 | J.K. |
| 412. | IP-PFAM-0023 | K.K. |
| 413. | IP-PFAM-0024 | J.K. |
| 414. | IP-PFAM-0025 | T.K. |
| 415. | IP-PFAM-0026 | D.L. |
| 416. | IP-PFAM-0027 | I.L. |
| 417. | IP-PFAM-0028 | A.L. |
| 418. | IP-PFAM-0029 | P.L. |
| 419. | IP-PFAM-0030 | Y.M. |
| 420. | IP-PFAM-0031 | J.M. |
| 421. | IP-PFAM-0032 | K.M. |
| 422. | IP-PFAM-0033 | M.M. |
| 423. | IP-PFAM-0034 | D.M. |
| 424. | IP-PFAM-0035 | L.N. |
| 425. | IP-PFAM-0036 | W.P. |
| 426. | IP-PFAM-0037 | A.P. |
| 427. | IP-PFAM-0038 | J.R. |
| 428. | IP-PFAM-0039 | D.S. |
| 429. | IP-PFAM-0040 | W.S. |

| | | |
|---|---|---|
| 430. | IP-PFAM-0041 | A.S. |
| 431. | IP-PFAM-0042 | D.T. |
| 432. | IP-PFAM-0043 | J.W. |
| 433. | IP-PFAM-0044 | R.W. |
| 434. | IP-PFAM-0045 | C.W. |

Represented Parties Not Filed Under Seal

| | Last Name | First Name |
|---|---|---|
| 435. | Airey-Van Diem | Bob |
| 436. | Allain | Lorin |
| 437. | Arsenault | Tim |
| 438. | Bach | Lori |
| 439. | Bak | Jason |
| 440. | Baker | Alison |
| 441. | Balentine | Ryan |
| 442. | Barnes | Ronnie |
| 443. | Baskin | Ronnie |
| 444. | Beaver | Stephanie |
| 445. | Berty | Jason |
| 446. | Bort | Douglas |
| 447. | Boshears | Nick |
| 448. | Boyer | Joshua |
| 449. | Brisson | Daniel |
| 450. | Brown | Derek |
| 451. | Brown | Rochelle |
| 452. | Bryant | Jeanna |
| 453. | Bullard | David |
| 454. | Busch | Charles |
| 455. | Camacho | Marcus |

| 456. | Camargo | Yvette |
|------|---------|--------|
| 457. | Campbell | Brian |
| 458. | Carpenter | Michael |
| 459. | Cattoni | Matthew |
| 460. | Chong-Yen | Doris |
| 461. | Cistaro | Carmen |
| 462. | Conlon | Quinn |
| 463. | Cordero | Meliton |
| 464. | Coro | Jesus |
| 465. | Cottrell | Randy |
| 466. | Coughlin | Ian |
| 467. | Crow | Sean |
| 468. | Cuneo | Nicholas |
| 469. | Cunningham | Guy |
| 470. | Danforth | Karl |
| 471. | Dang | Leon |
| 472. | Datoc | Jerel |
| 473. | Delgado | Joanna |
| 474. | Delmastro | Dominick |
| 475. | Deterling | Michael |
| 476. | Dilts | John |
| 477. | Dodd | Daniel |
| 478. | Drinkwater | Harlan |
| 479. | Elias | Robert |
| 480. | Envieh | Krancle |
| 481. | Figueiredo | Brian |
| 482. | Flynn | Timothy |
| 483. | Freeman | Charisse |
| 484. | Giannantonio | Mark |

| 485. | Gillette | Juliet |
|------|----------|--------|
| 486. | Giron | Maria |
| 487. | Gonsewski | David |
| 488. | Gordon | Lennea |
| 489. | Goyton | Jason |
| 490. | Gray | Sanja |
| 491. | Grob | Cindy |
| 492. | Gusse | Walker |
| 493. | Hamilton | Liz |
| 494. | He | Stephanie |
| 495. | Hein | Greg |
| 496. | Hightower | Jason |
| 497. | Hildebrandt | Greg |
| 498. | Hironaka | Minhsuong |
| 499. | Hoggarth | Eric |
| 500. | Holtz | Justin |
| 501. | Hunt | Zachary |
| 502. | Huntley | Gerald |
| 503. | Isbir | William |
| 504. | Johnson | Gregory |
| 505. | Jones | Joshua |
| 506. | Jones | Mitchell |
| 507. | Jones | Rick |
| 508. | Kendrick | Connor |
| 509. | Khan | Lugma |
| 510. | Khazm | Victor |
| 511. | Kidd | Michael |
| 512. | Kimball | Sarah |
| 513. | Kingsbury | William |

| 514. | Kiyotakitsune | Mitchel |
| 515. | Klein | Karli |
| 516. | Kourounis | Syemon |
| 517. | Kuja | Dan |
| 518. | Kuriakose | Jiji |
| 519. | Kwiecinski | Jennifer |
| 520. | Langston | Trent |
| 521. | Leach | Michael |
| 522. | Lopez | Rene |
| 523. | Loring | Thomas |
| 524. | Lorocca | Stephen |
| 525. | Mackie | John |
| 526. | Mahle | Brent |
| 527. | Majerczyk | Scott |
| 528. | Martinez | Eduardo |
| 529. | Masterson | Adrienne |
| 530. | McComas | Ryan |
| 531. | McDonough | Daniel |
| 532. | McElwain | Timothy |
| 533. | McMahon | Tim |
| 534. | Meeker | William |
| 535. | Melendez-Rolon | Brenda |
| 536. | Mitchell | John |
| 537. | Moritz | Daniel |
| 538. | Morrow | William |
| 539. | Morselli | Anthony |
| 540. | Morselli | Katrina |
| 541. | Moser | Lauren |
| 542. | Mumford | Brian |

| 543. | North | Erin |
|---|---|---|
| 544. | Ortiz | Richard |
| 545. | Pat | Karen |
| 546. | Paulino | Leonel |
| 547. | Peluso | Michael |
| 548. | Phekoo | Sylvester |
| 549. | Phillips | Bruce |
| 550. | Preal | Shaketa |
| 551. | Priday | Jonathan |
| 552. | Puskar | Nathan |
| 553. | Ripley | Melissa |
| 554. | Robinson | Darius |
| 555. | Rodekohr | Brandon |
| 556. | Rodriguez | Christian |
| 557. | Rubright | Wilbur |
| 558. | Ruiz | Judy |
| 559. | Ruiz | Loubriel |
| 560. | Samartin | Daniel |
| 561. | Sanchez | Mike |
| 562. | Schrader | Shaun |
| 563. | Shoemaker | Sara |
| 564. | Simcoe | Owen |
| 565. | Simmons | Scott |
| 566. | Spencer | Kevin |
| 567. | Spencer | Malachi |
| 568. | Stark | Timothy |
| 569. | Stevener | Tim |
| 570. | Stickler | Adam |
| 571. | Stiver | Joseph |

| 572. | Stotko | Jeff |
|------|--------|------|
| 573. | Swierczewska | Martha |
| 574. | Tillson | Eric |
| 575. | Uccello | Nicholas |
| 576. | Valdez | Ariel |
| 577. | Vallejos | Evelyn |
| 578. | Vasquez | Roddy |
| 579. | Vecchio | Maria |
| 580. | Vuckovic | Nenad |
| 581. | Weimer | Arthur |
| 582. | Wiley | Arthur |
| 583. | Wilkens | William |
| 584. | Wilson | Adrian |
| 585. | Wright | Rodney |
| 586. | Yi | Thomas |
| 587. | Yonkers | Timothy |
| 588. | Ziegler | Joseph |